IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00103-GPG

JOSHUA D. SWAN,

    Plaintiff,

v.

DR. MAURICE FAUVEL, D.O., Individually and in his Official Capacity as a Physician for
    Sterling Correctional Facility,
JAMIE SOUCIE, Individually and in her Official Capacity as Health Service Administrator for
    Sterling Correctional Facility,
PHYSICIAN HEALTH PARTNERS, INC., d.b.a. CORRECTIONAL HEALTH PARTNERS, a
    Colorado Corporation,
DR STEPHEN KREBS, M.D., CEO and President of Correctional Health Partners and
    Chairman of Physician Health Partners,
JULE DURSEY, Regional Manager of Physician Health Partners,
JOHN AND JANE DOES, 1to 20, Individually and in their Official Capacities as Agents of    the Colorado Department of Corrections, and
JOHN AND JANE DOES, Numbers 1 to 20, As Unidentified Employees Working for
    Physician Health Partners,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge, D.C.COLO.LCivR 40.1(a). Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED January 16, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

_____
United States Magistrate Judge