**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00103-WJM-NYW

JOSHUA D. SWAN,

    Plaintiff,

v.

MAURICE FAUVEL, JAMIE SOUCIE, PHYSICIAN HEALTH PARTNERS, INC. (D/B/A CORRECTIONAL HEALTH PARTNERS), STEPHEN KREBS, JULIE DURSEY, JOHN AND JANE DOES NUMBERS 1 TO 20 (INDIVIDUALLY AND IN THEIR CAPACITY AS AGENTS OF THE COLORADO DEPARTMENT OF CORRECTIONS), and JOHN AND JANE DOES NUMBERS 1 TO 20 (AS UNIDIENTIFED EMPLOYEES WORKING FOR PHYSICAN HEALTH PARTNERS),

    Defendants.

---

**MINUTE ORDER**

---

Magistrate Judge Nina Y. Wang

    This civil action comes before the court on Defendants Physician Health Partners, Inc. and Stephen Krebs (collectively, "Defendants") Motion Concerning Purported Service ("Motion") [#15]. Pursuant to the Order Referring Case dated January 20, 2015 [#7] and the memorandum dated February 17, 2015 [#16], the matter was referred to this Magistrate Judge.

    On February 19, 2015, the Clerk of the Court modified the entry originally dated February 6, 2015 [#10] to reflect that the summons relevant to Defendants' Motion was returned unexecuted by the United States Marshall. In light of the foregoing clarification, the Court GRANTS Defendants' Motion IN PART and IT IS ORDERED that:

    (1) Defendants Steven Krebs and Physician Health Partners, Inc. will file an Answer or otherwise respond to the Complaint no later than **March 22, 2015**.

DATED: February 20, 2015.