**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00103-WJM-NYW

JOSHUA D. SWAN,

     Plaintiff,

v.

MAURICE FAUVEL, JAMIE SOUCIE, PHYSICIAN HEALTH PARTNERS, INC. (D/B/A CORRECTIONAL HEALTH PARTNERS), STEPHEN KREBS, JULIE DURSEY, JOHN AND JANE DOES NUMBERS 1 TO 20 (INDIVIDUALLY AND IN THEIR CAPACITY AS AGENTS OF THE COLORADO DEPARTMENT OF CORRECTIONS), and JOHN AND JANE DOES NUMBERS 1 TO 20 (AS UNIDIENTIFED EMPLOYEES WORKING FOR PHYSICAN HEALTH PARTNERS),
     Defendants.

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE**

IT IS ORDERED:  The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**April 6, 2015 at 11:30 a.m.**

in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

**Plaintiff and his case manager shall contact the court at (303) 335-2600 on the above date and at the designated time in order to participate**

A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

CASE MANAGER for
Joshua D. Swan
# 115030
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

DATED: March 17, 2015

                                                    BY THE COURT:

                                                    s/Nina Y. Wang_____
                                                    United States Magistrate Judge