**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00103-WJM-NYW

JOSHUA D. SWAN,

Plaintiff,

v.

MAURICE FAUVEL,
JAMIE SOUCIE,
PHYSICIAN HELATH PARTNERS, INC. (D/B/A CORRECTIONAL HEALTH PARTNERS),
STEPHEN KREBS,
JULIE DURSEY,
JOHN AND JANE DOES NUMBERS 1 TO 20 (INDIVIDUALLY AND IN THEIR CAPACTIY AS AGENTS OF THE COLORADO DEPARTMENT OF CORRECTIONS),
JOHN AND JANE DOES NUMBERS 1 TO 20 (AS UNIDENTIFIED EMPLOYEES WORKING FOR PHYSICIAN HEALTH PARTNERS),

Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Joshua D. Swan's Motion for Extension of Time to File Response to Motion to Dismiss [#26], filed March 26, 2015; Plaintiff Joshua D. Swan's Motion for Extension of Time to File Response to Motion to Dismiss for Dr. Fauvel and Soucie [#31], filed April 1, 2015; and Defendants Physician Health Partners d/b/a Correctional Health Partners, Dr. Stephen Krebs, Maurice Fauvel, and Jamie Soucie (collectively, "Defendants") Joint Motion to Vacate Scheduling Conference [#27], filed March 26, 2015 (collectively, the "Motions"). Pursuant to the Order Referring Case dated January 20, 2015 [#7] and the memoranda dated March 26, 2015 and April 1, 2015 [#28, #29, and #32], the Motions are before this Magistrate Judge.

      IT IS ORDERED THAT Plaintiff Joshua D. Swan's motions for extension of time [#26 and #31] are GRANTED IN PART. Plaintiff Joshua D. Swan shall have up to and including **April 20, 2015** to respond to the currently pending motions to dismiss. IT IS FURTHER ORDERED that Defendants' Joint Motion to Vacate [#27] is GRANTED. The **April 6, 2015** scheduling conference is VACATED. The conference is re-set for **May 4, 2015** at **11:30 a.m.**

DATED April 1, 2015