**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00103-WJM-NYW

JOSHUA D. SWAN,

Plaintiff,

v.

MAURICE FAUVEL,
JAMIE SOUCIE,
PHYSICIAN HELATH PARTNERS, INC. (D/B/A CORRECTIONAL HEALTH PARTNERS),
STEPHEN KREBS,
JULIE DURSEY,
JOHN AND JANE DOES NUMBERS 1 TO 20 (INDIVIDUALLY AND IN THEIR CAPACTIY AS AGENTS OF THE COLORADO DEPARTMENT OF CORRECTIONS),
JOHN AND JANE DOES NUMBERS 1 TO 20 (AS UNIDENTIFIED EMPLOYEES WORKING FOR PHYSICIAN HEALTH PARTNERS),

Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Defendants Dr. Maurice Fauvel and Ms. Jamie Soucie, (collectively the "CDOC Defendants") Partially Unopposed Motion to Stay [#24], filed March 25, 2015 (the "Motion").  Pursuant to the Order Referring Case [#7] dated January 20, 2015, the Order of Reassignment [#12] dated February 10, 2015, and the Memorandum [#25] dated March 25, 2015, the Motion is before this Magistrate Judge.

      Given the CDOC Defendants representation the other Defendants served in this action do not oppose the relief requested by the CDOC Defendants' Motion, and Plaintiff Joshua D. Swan's ("Plaintiff") statement at the May 4, 2015 Status Conference before this court that Plaintiff does not oppose the relief requested, IT IS ORDERED that the Motion is GRANTED.  Absent further court order, all discovery in this action is STAYED pending resolution of the CDOC Defendants' Motion to Dismiss [#22].

DATED May 8, 2015.